

STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Digital Verification Systems, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**APPTIVO, INC.,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No: 5:21-cv-6093**<br><br>**PATENT CASE §** |

## COMPLAINT

Plaintiff Digital Verification Systems, LLC ("Plaintiff" or "DVS") files this Complaint against Apptivo, Inc. ("Defendant" or "Apptivo") for infringement of United States Patent No. 9,054,860 (hereinafter "the '860 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with an address of 1 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301.

4. On information and belief, Defendant is a California corporation with its principal office located at 38750 Paseo Padre Pkwy, Suite #A2, Fremont, CA 94536. On information and belief, Defendant may be served through its registered agent, Jacintha Mary, 34364 Eucalyptus Terrace, Fremont CA 94555.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. On information and belief, venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant is a resident of this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## COUNT I

## (INFRINGEMENT OF UNITED STATES PATENT NO. 9,054,860)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '860 Patent with sole rights to enforce the '860 Patent and sue infringers.

11. A copy of the '860 Patent, titled "Digital Verified Identification System and Method," is attached hereto as Exhibit A.

12. The '860 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to

infringe one or more claims, including at least Claim 1, of the '860 Patent by making, using (at least by having its employees, or someone under Defendant's control, test the accused Product), importing, selling, and/or offering for sale associated hardware and/or software for digital signature services (e.g., Apptivo eSignature service), and any similar products and/or services ("Product") covered by at least Claim 1 of the '860 Patent. Defendant has infringed and continues to infringe the '860 patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

14. The Product provides a system for e-signatures. The Product provides for digitally verifying the identification of a sender. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

Apptivo has an eSignature service that enables users to get the documents signed anywhere, anytime. Apptivo uses integration with Sign.co to get the documents signed securely. To utilize this service, it is necessary to have an account with Sign.co and authenticate it with Apptivo. This service is available only for paid users.

Source: https://www.apptivo.com/answers/questions/2015774/how-to-enable-the-esign-service-using-sign-co-in-apptivo

An electronic signature or eSignature is recorded in an electronic form that is intended to provide secure and accurate identification of the signatory. Apptivo is now integrated with Sign.co for eSignature.

Source: https://www.apptivo.com/answers/questions/14958/how-to-esign-your-estimates

15. The Product includes at least one digital identification module structured

to be associated with at least one entity. For example, the Product provides a module (e.g., e-signature creation module) to be associated with at least one entity (i.e., a user who needs to use a digital signature). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> An electronic signature or eSignature is recorded in an electronic form that is intended to provide secure and accurate identification of the signatory. Apptivo is now integrated with Sign.co for eSignature.

Source: https://www.apptivo.com/answers/questions/14958/how-to-esign-your-estimates




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates

Steps to eSign the document against received eSign request email

- By clicking on the send button, the estimates will be sent to the added email address.
- The receiver will get an email with the estimates.

Carter Alan ( berijam.com) Needs Your Signature for the Estimates #: 27583

Carter Alan

Sign.co

Hello Roy Beverages,

Carter Alan has sent you a document to review and Sign.

Estimates #: 27583

Do not share this email

This email contains a secure link. Please do not forward this email, link, access code with others to prevent your document.

Go paperless on a single click using Sign.co

Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates

16. The Product includes a module generating assembly structured to receive at least one verification data element corresponding to the at least one (e.g., a user has a unique login ID and password for accessing and verifying the account for e-signing documents) and create said at least one digital identification module (e.g., creating an e-signature of a user). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> Apptivo has an eSignature service that enables users to get the documents signed anywhere, anytime. Apptivo uses integration with Sign.co to get the documents signed securely. To utilize this service, it is necessary to have an account with Sign.co and authenticate it with Apptivo. This service is available only for paid users.

Source: https://www.apptivo.com/answers/questions/2015774/how-to-enable-the-esign-service-using-sign-co-in-apptivo




Source: https://www.apptivo.com/app/login.jsp?source=forum&rurl=apptivoforum




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates

17. The at least one digital identification module is disposable within at least one electronic file. For example, the user can store the e-signature within a document or including PDF, WORD DOC, IMAGES, etc. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> Apptivo has an eSignature service that enables users to get the documents signed anywhere, anytime. Apptivo uses integration with Sign.co to get the documents signed securely. To utilize this service, it is necessary to have an account with Sign.co and authenticate it with Apptivo. This service is available only for paid users.

Source: https://www.apptivo.com/answers/questions/2015774/how-to-enable-the-esign-service-using-sign-co-in-apptivo




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates

18. The at least one digital identification module includes at least one primary component structured (e.g., an e-signature of a user is associated with information including username, etc.) to at least partially associate the digital identification module with the at least one entity (e.g., an e-signature is associated with a user, who has to sign digitally). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

- Now, drag and drop the **Signature, Name, and Date.**
- Click on the attribute, you will be navigated to the Inspector tab.

Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates

19. The at least one digital identification module is cooperatively structured to be embedded within only a single electronic file (e.g., an e-signature is stored within a document- including PDF, WORD DOC, IMAGES, etc.). Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

> Apptivo has an eSignature service that enables users to get the documents signed anywhere, anytime. Apptivo uses integration with Sign.co to get the documents signed securely. To utilize this service, it is necessary to have an account with Sign.co and authenticate it with Apptivo. This service is available only for paid users.

Source: https://www.apptivo.com/answers/questions/2015774/how-to-enable-the-esign-service-using-sign-co-in-apptivo




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates

Steps to eSign the document against received eSign request email

- By clicking on the send button, the estimates will be sent to the added email address.
- The receiver will get an email with the estimates.

Carter Alan ( berijam.com) Needs Your Signature for the Estimates #: 27583

Carter Alan
to roy

Sign.co

Hello Roy Beverages,

Carter Alan has sent you a document to review and Sign.

Estimates #: 27583

Do not share this email

This email contains a secure link. Please do not forward this email, link, access code with others to prevent your document.

Go paperless on a single click using Sign.co

Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates




Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates

- Once the document is signed by all signers, you will receive an email with the View document link.

Estimates #: 27583 has been signed by all Signers

Sign.co

Hello Carter Alan,

This is to notify you that all recipients have signed the Estimates #: 27583 and it's completed.

View Signed Document

This document's audit trail is attached for your reference

Roy Beverages (roy@beriam.com) - Signed

Jackal Sparrow (rose@beriam.com) - Signed

Do not share this email

This email contains a secure link. Please do not forward this email, link, access code with others to prevent your document.

Go paperless on a single click using Sign.co

Source: https://www.apptivo.com/answers/questions/2016236/how-to-add-the-esign-attributes-to-estimates

20. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

21. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

22. Plaintiff is in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 9,054,860 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: August 7, 2021

Respectfully submitted,

*/s/ Stephen M. Lobbin*

Stephen M. Lobbin
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

***Attorney(s) for Plaintiff Digital Verification Systems, LLC***